UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LARRY P. LOWELL, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SUMMER BAY MANAGEMENT, L.C., *et al.*, )<br>)<br>Defendants. ) | No. 3:13-CV-229<br>(VARLAN/SHIRLEY) |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. The parties appeared before the Court on September 24, 2013, for a telephone conference to address the parties' Joint Motion to Stay Briefing and Resolution of Plaintiffs' Motion for Class Certification Pending the Conclusion of Class Certification Related Discovery [Doc. 23]. Attorney Chris Cain was present representing the Plaintiffs, and Attorney Jeffrey Murrell was present representing the Defendants.

For the reasons more fully stated in the conference, the Court finds that the parties' request for additional time for discovery and briefing is well-taken in part. The Court, however, will not grant the parties the full period for discovery and briefing they have requested. If the Court were to do so, the Motion for Class Certification would only become ripe for decision on April 4, 2014, approximately eight months after it was filed. The Court finds that such an extended briefing period is not appropriate.

Accordingly, the Parties' Joint Motion **[Doc. 23]** is **GRANTED IN PART** and **DENIED IN PART**. Based upon the parties' agreement and the Court's Order, the discovery and briefing schedule for the Motion to Certify Class [Doc. 18] is as follows:

1. Discovery on Class Certification shall be completed on or before **December 6, 2013**;

2. Plaintiffs' supplemental brief in support of the Motion to Certify Class shall be filed on or before **December 13, 2013;**

3. Defendants' response shall be filed on or before **January 10, 2014**;

4. Plaintiffs' shall file their final reply on or before **January 17, 2014**; and

5. The parties shall appear before the undersigned for a hearing on the Motion to Certify Class at **9:30 a.m. on January 29, 2014**.

   **IT IS SO ORDERED**.

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge

2

Case 3:13-cv-00229-PLR-CCS   Document 25   Filed 09/24/13   Page 2 of 2   PageID #: 223