# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| **LARRY P. LOWELL, JR., et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:13-cv-00229 |
| | ) | REEVES/SHIRLEY |
| **SUMMER BAY MANAGEMENT L.C. et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

------------------------------------------------

| | | |
|---|---|---|
| **LARRY P. LOWELL, JR., et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:14-cv-00296 |
| | ) | REEVES/SHIRLEY |
| **SUMMER BAY MANAGEMENT L.C. et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge, C. Clifford Shirley [R. 172]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the Magistrate Judge's recommendation that Class Counsel's motion for attorney's fees, expenses, and incentive awards [R. 159] be granted.

Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation [R. 172] under 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). It is **ORDERED,** for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling that Class Counsel's motion for attorney's fees, expenses, and incentive awards [R. 159] is **GRANTED**, and Class Counsel are awarded a total of $220,000, representing attorney's fees, expenses, including $10,000 in incentive awards to be paid equally among the ten (10) class plaintiffs.

Enter:

*/s/ Pamela L. Reeves*
**UNITED STATES DISTRICT JUDGE**